UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08
```

MICHAEL R. RAY,

                Plaintiff,

      -against-

CHECK PROCESSING BUREAU, et al.,

                Defendants.

07 Civ. 10567 (RJH) (RLE)

**ORDER**

On February 26, 2008, plaintiff moved to stay this action [5] because he feared that he would not be able to pursue the action upon his transfer to the custody of the New Jersey Department of Corrections. However, on June 27, 2008, plaintiff filed a motion for entry of default and for a default judgment [10]. In light of plaintiff's more recent motion for a default judgment,[1] the Court denies plaintiff's motion to stay [5] without prejudice. If plaintiff believes that a stay is still appropriate, he may submit an updated request explaining the basis for that belief.

SO ORDERED.

Dated: New York, New York
      July 21, 2008

                                    Richard J. Holwell
                                    United States District Judge

---

[1] At this time, the Court expresses no opinion on plaintiff's pending motion for a default judgment.