UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------

MICHAEL R. RAY,

                              Plaintiff,

              -against-

CHECK PROCESSING BUREAU, AGENT
LEWIS, and JOHN DOE,

                              Defendants.

--------------------------------------------------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/07
```

07 Civ. 10567 (RJH) (RLE)

**ORDER**

Plaintiff's motion for a default judgment [10] is DENIED. Federal Rules

of Civil Procedure 4(h)(1)(A), 4(e)(1), and New York's Civil Practice Law and Rules §

308(2) require plaintiffs who effect service by delivering a summons to a person of

suitable age and discretion at the actual place of business ALSO TO MAIL—WITHIN 20

DAYS OF THE DELIVERY—THAT SUMMONS BY FIRST CLASS MAIL IN AN

ENVELOPE CONFORMING TO § 308(2). Plaintiff has not provided an affidavit

attesting to a mailing of the summons and complaint within 20 days of the delivery, and

therefore such service is deficient. If plaintiff has any questions about the meaning of

this order or how he should proceed, plaintiff should contact the Pro Se Office by mail, at

U.S. Courthouse, 500 Pearl Street, New York, New York, 10007-1312, or by telephone,

at (212) 805-0175.

SO ORDERED.

Dated: New York, New York
      August 26, 2008

Richard J. Holwell
United States District Judge